NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

BRENT FITZGERALD DUKE, *Petitioner*.

No. 1 CA-CR 19-0147 PRPC

FILED 11-19-2019

---

Petition for Review from the Superior Court in Navajo County
Nos. S0900CR201400538
S0900CR201500155
S0900CR201500407
The Honorable Ralph E. Hatch, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

APPEARANCES

Coconino County Attorney's Office, Flagstaff
By Mark D. Huston
*Counsel for Respondent*

Brent Fitzgerald Duke, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer B. Campbell delivered the decision of the Court, in which Judges Lawrence F. Winthrop and Michael J. Brown joined.

---

**P E R   C U R I A M**:

**¶1**	Petitioner Brent Fitzgerald Duke seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first, untimely petition for review.

**¶2**	Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**	We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**	We grant review and deny relief.

